UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA SLIVAK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BREAD COMPANY, LLC,<br><br>Defendant | Civil Action No.: 16-cv-06294 |

## STIPULATION TO DISMISS PANERA, LLC

WHEREAS, on December 5, 2016, Jessica Slivak ("Plaintiff") initiated this matter against American Bread Company, LLC ("Defendant"), asserting a violation of Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101 et seq., and its implementing regulations, see ECF Doc. 1;

WHEREAS, in the Complaint, Plaintiff averred that Defendant "owns, operates, and/or leases a place of public accommodation" – namely, various "Panera Bread" locations in the Delaware Valley, including at 151 East Swedesford Road, Exton, PA 19341 ("Exton Location"), see ECF Doc. 1, ¶¶26-8;

WHEREAS, following a Rule 16 Conference, on June 2, 2017, Defendant provided Plaintiff with a copy of the Lease Agreement, dated July 28, 2008, for "Panera Bread" ("Exton Lease"), which identified the tenant at the Exton Location as Panera, LLC;

WHEREAS, Plaintiff then sought leave to file an Amended Complaint to include a claim under the ADA and its implementing regulations against Panera, LLC, see ECF Doc. 24, which was granted by the Court, see ECF Doc. 26;

1

WHEREAS, on August 1, 2017, Plaintiff filed an Amended Complaint, see ECF Doc. 27;

WHEREAS, on September 27, 2017, Plaintiff was provided with a certain Sublease to the Exton Lease, dated October 14, 2008, which identifies Defendant as the tenant of the Exton Location;

NOW, THEREFORE, in accordance with the Order of October 11, 2017, see ECF Doc. 37, it is hereby stipulated and agreed that Panera, LLC is dismissed with prejudice from this action.

| KALIKHMAN & RAYZ, LLC | JACKSON LEWIS, PC |
|---|---|
| /s/ | /s/ |
| Arkady "Eric" Rayz | Angela Quiles Nevarez, Esquire |
| Demetri A. Braynin | Bianca N. Iozzia, Esquire |
| 1051 County Line Road, Suite "A" | 1601 Cherry Street, Suite 1350 |
| Huntingdon Valley, PA 19006 | Philadelphia, PA 19102 |
| Telephone: (215) 364-5030 | Telephone: (267) 319-7802 |
| Facsimile: (215) 364-5029 | Facsimile: (215) 399-2249 |
| E-mail: erayz@kalraylaw.com | E-mail: Angela.Navarez@jacksonlewis.com |
| E-mail: dbraynin@kalraylaw.com | E-mail: Bianca.Iozzia@Jacksonlewis.com |

**CONNOLLY WELLS & GRAY, LLP**
Gerald D. Wells, III
Robert J. Gray
2200 Renaissance Blvd., Suite 308
King of Prussia, PA 19406
Telephone: (610) 822-3700
Facsimile:
Email: gwells@cwg-law.com
Email: rgray@cwg-law.com

Counsel for Plaintiff and the Proposed Class

Joseph J. Lynett
44 South Broadway, 14th Floor
White Plains, NY 10601
Telephone: (914) 872-8060
Facsimile: (914) 946-1216
E-mail: Joseph.Lynett@jacksonlewis.com

Counsel for Defendant

**APPROVED:**

_____
United States District Judge